In the Matter of the Claim of DAVID LEVINE.
FRIEDA S. MILLER, as Industrial Commissioner of the State
of New York, Appellant; ALUMINUM COOKING UTENSIL
Co., INC., Respondent.

Argued April 10, 1940; decided April 26, 1940.

John J. Bennett, Jr., Attorney-General (W. Gerard Ryan, Francis R. Curran and Henry Epstein of counsel), for appellant.

Harold L. Smith and Richard W. Hogue, Jr., for respondent.

Order affirmed, with costs against State Industrial Commissioner. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.